# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 02, 2025

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  25-2713  Samantha Stinson, et al v. State of Arkansas

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc: Katherine Church Campbell
    Clerk, U.S. District Court, Western Arkansas
    Patrick C. Elliott
    Noah B. Gimbel
    Janet Gochman
    Samuel T. Grover
    Jordan Krieger
    Alexander Joseph Luchenitser
    Daniel Mach
    Marshall S. Ney
    Nancy A. Noet
    Laura L. Purvis
    Rebecca Ross
    Shelby Howlett Shroff
    Sarah Paige Smith
    Amy Tai
    Heather L. Weaver
    John Charles Williams
    Jonathan K. Youngwood
    Jess Zalph

    District Court/Agency Case Number(s): 5:25-cv-05127-TLB

**Caption For Case Number: 25-2713**

Samantha Stinson, on behalf of herself and her minor children; Jonathan Stinson, on behalf of himself and his minor children; Stephen Caldwell, on behalf of himself and his minor child; Joseph Armendariz, on behalf of himself and his minor child; Talara Taylor, on behalf of herself and her minor children; Shane Taylor, on behalf of himself and his minor children; Carol Vella, on behalf of herself and her minor children; Leah Bailey, on behalf of herself and her minor children; Dan Rix, on behalf of himself and his minor children

    Plaintiffs - Appellees

Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.

    Plaintiffs

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21

    Defendants - Appellees

Conway School District, No. 1

    Defendant

State of Arkansas

    Intervenor - Appellant

**Addresses For Case Participants:   25-2713**

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Katherine Church Campbell
FRIDAY & ELDREDGE
Suite 301
3350 S. Pinnacle Hills Parkway
Rogers, AR  72758

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Patrick C. Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Noah B. Gimbel
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Janet Gochman
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Samuel T. Grover
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Jordan Krieger
SIMPSON & THACHER
900 G Street, N.W.
Washington, DC  20001

Alexander Joseph Luchenitser
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
Suite 200
1310 L Street, N.W.
Washington, DC  20005

Daniel Mach
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

Marshall S. Ney
FRIDAY & ELDREDGE
Suite 301
3350 S. Pinnacle Hills Parkway
Rogers, AR  72758

Nancy A. Noet
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI  53701

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Rebecca Ross
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Shelby Howlett Shroff
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Sarah Paige Smith
FRIDAY & ELDREDGE
Suite 301
3350 S. Pinnacle Hills Parkway
Rogers, AR  72758

Amy Tai
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
1310 L Street, N.W.
Washington, DC  20005

Heather L. Weaver
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

John Charles Williams
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Jonathan K. Youngwood
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Jess Zalph
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
1310 L Street, N.W.
Washington, DC  20005