UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Stinson vs. Fayetteville School District No. 1

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2713, -2894, -3311 for the following party(s): (please specify)

> Kentucky, Alabama, Alaska, Florida, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Nebraska, South Carolina, Tennessee, Texas, Utah, and West Virginia

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [✔] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Matthew F. Kuhn    s/: Matthew F. Kuhn

Firm Name: Office of Kentucky Attorney General

Business Address: 1024 Capital Center Drive, Suite 200

City/State/Zip: Frankfort, Kentucky 40601

Telephone Number (Area Code): (502) 696-5300

Email Address: Matt.Kuhn@ky.gov

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 1/20/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: