UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Samantha Stinson vs. State of Arkansas

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2713, 25-2894, 25-3311 **for the following party(s): (please specify)**

Stephanie H. Barclay

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Eric Leis        s/: Eric Leis

Firm Name: Jones Day

Business Address: 500 Grant Street

City/State/Zip: Pittsburgh, PA 15219

Telephone Number (Area Code): (412) 394-7974

Email Address: eleis@jonesday.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 1/21/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: