UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Samantha Stinson vs. State of Arkansas

The Clerk will enter my appearance as Counsel in Appeal No. 25-2713, 25-2894, 25-3311 for the following party(s): (please specify)

Stephanie H. Barclay

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [✓] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Noel J. Francisco    s/: Noel J. Francisco

Firm Name: Jones Day

Business Address: 51 Louisiana Avenue NW

City/State/Zip: Washington, DC 20001-2113

Telephone Number (Area Code): (202) 879-5485

Email Address: njfrancisco@jonesday.com

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 1/26/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: