# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-2713

_____

Samantha Stinson, on behalf of herself and her minor children, A.R.S. and A.W.S.; Jonathan Stinson, on behalf of himself and his minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and his minor child, W.C.; Joseph Armendariz, on behalf of himself and his minor children, M.A. and W.A.; Talara Taylor, on behalf of herself and her minor children, K.T. and M.T.; Shane Taylor, on behalf of himself and his minor children, K.T. and M.T.; Carol Vella, on behalf of herself and her minor children, E.M.V. and N.M.V.; Leah Bailey, on behalf of herself and her minor children, C.T. and D.T.; Daniel Rix, on behalf of himself and his minor children, A.R., J.R. and W.R.

Plaintiffs - Appellees

Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.

Plaintiffs

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21; Conway School District, No. 1

Defendants

State of Arkansas

Intervenor - Appellant

------------------------------

Professor Stephanie H. Barclay; State of Kentucky; State of Alabama; State of Alaska; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Nebraska; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of West Virginia; State Representative Alyssa Brown; State Senator Jim Dotson

Amici on Behalf of Appellant(s)

National Education Association; Arkansas Education Association; National Council of Jewish Women; American Jewish Committee; Bend the Arc: A Jewish Partnership for Justice; Central Conference of American Rabbis; Hadassah, the Women's Zionist Organization of America, Inc.; Hindus for Human Rights; Interfaith Alliance; Jewish Council for Public Affairs; Jewish Women International; Keshet; Men of Reform Judaism; Muslim Public Affairs Council Foundation;

Muslims for Progressive Values; Rabbinical Assembly; Reconstructing Judaism; Reconstructionist Rabbinical Association; Sadhana: Coalition of Progressive Hindus; Sikh Coalition; Society for Humanistic Judaism; T'ruah: The Rabbinic Call for Human Rights; Union for Reform Judaism; Women of Reform Judaism; Women's Rabbinic Network; Zioness Movement; Baptist Joint Committee for Religious Liberty; The Evangelical Lutheran Church In America; General Synod of the United Church of Christ; Reverend Jihyun Oh; The Most Reverend Sean W. Rowe; Julia Ayala Harris; Robert E. Rutkowski

Amici on Behalf of Appellee(s)

———————————————

No. 25-2894

———————————————

Samantha Stinson, on behalf of herself and her minor children, A.R.S. and A.W.S.; Jonathan Stinson, on behalf of himself and his minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and his minor child, W.C.; Joseph Armendariz, on behalf of himself and his minor children, M.A. and W.A.; Talara Taylor, on behalf of herself and her minor children, K.T. and M.T.; Shane Taylor, on behalf of himself and his minor children, K.T. and M.T.; Carol Vella, on behalf of herself and her minor children, E.M.V. and N.M.V.; Leah Bailey, on behalf of herself and her minor children, C.T. and D.T.; Daniel Rix, on behalf of himself and his minor children, A.R., J.R. and W.R.

Plaintiffs

Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.

Plaintiffs - Appellees

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21; Conway School District, No. 1

Defendants

State of Arkansas

Intervenor - Appellant

------------------------------

Professor Stephanie H. Barclay; State of Kentucky; State of Alabama; State of Alaska; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Nebraska; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of West Virginia; State Representative Alyssa Brown; State Senator Jim Dotson

Amici on Behalf of Appellant(s)

National Education Association; Arkansas Education Association; National Council of Jewish Women; American Jewish Committee; Bend the Arc: A Jewish Partnership for Justice; Central Conference of American Rabbis; Hadassah, the Women's Zionist Organization of America, Inc.; Hindus for Human Rights; Interfaith Alliance; Jewish Council for Public Affairs; Jewish Women International; Keshet; Men of Reform Judaism; Muslim Public Affairs Council Foundation; Muslims for Progressive Values; Rabbinical Assembly; Reconstructing Judaism; Reconstructionist Rabbinical Association; Sadhana: Coalition of Progressive Hindus; Sikh Coalition; Society for Humanistic Judaism; T'ruah: The Rabbinic Call for Human Rights; Union for Reform Judaism; Women of Reform Judaism; Women's Rabbinic Network; Zioness Movement; Baptist Joint Committee for Religious Liberty; The Evangelical Lutheran Church In America; General Synod of the United Church of Christ; Reverend Jihyun Oh; The Most Reverend Sean W. Rowe; Julia Ayala Harris; Robert E. Rutkowski

Amici on Behalf of Appellee(s)

———————————

No.  25-3311

———————————

Samantha Stinson, on behalf of herself and her minor children, A.R.S. and A.W.S.; Jonathan Stinson, on behalf of himself and his minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and his minor child, W.C.; Joseph Armendariz, on behalf of himself and his minor children, M.A. and W.A.; Talara Taylor, on behalf of herself and her minor children, K.T. and M.T.; Shane Taylor, on behalf of himself and his minor children, K.T. and M.T.; Carol Vella, on behalf of herself and her minor children, E.M.V. and N.M.V.; Leah Bailey, on behalf of herself and her minor children, C.T. and D.T.; Daniel Rix, on behalf of himself and his minor children, A.R., J.R. and W.R.; Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.

Plaintiffs

Christine Benson, on behalf of herself and her minor child, B.B.

Plaintiff - Appellee

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21; Conway School District, No. 1; Lakeside School District, No. 9

Defendants

State of Arkansas

Intervenor - Appellant

------------------------------

Professor Stephanie H. Barclay; State of Kentucky; State of Alabama; State of Alaska; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kansas; State of Louisiana; State

of Mississippi; State of Missouri; State of Nebraska; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of West Virginia; State Representative Alyssa Brown; State Senator Jim Dotson

Amici on Behalf of Appellant(s)

National Education Association; Arkansas Education Association; National Council of Jewish Women; American Jewish Committee; Bend the Arc: A Jewish Partnership for Justice; Central Conference of American Rabbis; Hadassah, the Women's Zionist Organization of America, Inc.; Hindus for Human Rights; Interfaith Alliance; Jewish Council for Public Affairs; Jewish Women International; Keshet; Men of Reform Judaism; Muslim Public Affairs Council Foundation; Muslims for Progressive Values; Rabbinical Assembly; Reconstructing Judaism; Reconstructionist Rabbinical Association; Sadhana: Coalition of Progressive Hindus; Sikh Coalition; Society for Humanistic Judaism; T'ruah: The Rabbinic Call for Human Rights; Union for Reform Judaism; Women of Reform Judaism; Women's Rabbinic Network; Zioness Movement; Baptist Joint Committee for Religious Liberty; The Evangelical Lutheran Church In America; General Synod of the United Church of Christ; Reverend Jihyun Oh; The Most Reverend Sean W. Rowe; Julia Ayala Harris; Robert E. Rutkowski

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:25-cv-05127-TLB)

---

**JUDGMENT**

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.

These interlocutory appeals are dismissed as moot. A briefing schedule shall be issued contemporaneously herewith in Case No. 26-1722.

April 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler